IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

REGINA CHOATE,
and GEARY CHOATE                                                            PLAINTIFFS

v.                        Case No. 2:16-CV-02257

FORD MOTOR COMPANY                                                          DEFENDANT

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 15). The motion represents that the parties have settled this matter and are in agreement that it should be dismissed.

IT IS THEREFORE ORDERED that the motion (Doc. 15) is GRANTED, and this matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

IT IS SO ORDERED this 12th day of May, 2017.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U. S. DISTRICT JUDGE